**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **SEALED** |
| | : | |
| v. | : | **CRIMINAL NO. 3:20-CR-__8_ (CAR)** |
| | : | |
| **RICKSHUN WILLIGHAM, aka** | : | **VIOLATION(S):** |
| **"TEDDY,"** | : | **21 U.S.C. § 846 i/c/w** |
| **JAQUAVIOUS T. TURNER, aka "TAKE** | : | **21 U.S.C. § 841(a)(1)** |
| **ONE,"** | : | **21 U.S.C. § 841(b)(1)(A)(iii)** |
| **JAMIAN HUFF, aka "DUNK,"** | : | **21 U.S.C. § 841(b)(1)(B)(iii)** |
| **ANDREW BRAVO JIMENEZ, aka** | : | **21 U.S.C. § 841(b)(1)(B)(viii)** |
| **"DROOPY,"** | : | **21 U.S.C. § 841(b)(1)(C)** |
| **MANUEL GONZALEZ ROMERO,** | : | **18 U.S.C. § 924(c)** |
| **STEVEN RICOLE SCOTT, aka** | : | **18 U.S.C. § 924(a)(1)** |
| **"BLACK," aka "UNC,"** | : | **21 U.S.C. § 856** |
| **ANTONIO M. MITCHELL, aka** | : | **18 U.S.C. § 924(d)(1)** |
| **"TONIO,"** | : | **21 U.S.C. § 853** |
| **MARQUES WARD, aka "YG"** | : | **28 U.S.C. § 2461(c)** |
| **TAJIA FORNEY,** | : | |
| **CHRISTOPHER SANDERS, aka** | : | |
| **"CHRIS,"** | : | |
| **BERNARD BARNETT, aka "NARD,"** | : | |
| **MAQUILA JONES, aka "QUI,"** | : | |
| **NICHOLAS JACKSON, aka "NICK** | : | |
| **BEAN,"** | : | |
| **TERRELL BUSH, aka "T-ROCK,"** | : | |
| **SHADDRICK COX, aka "SHAD," and** | : | |
| **ROBERT BOLTON JR., aka "ROB,"** | : | |
| | : | |
| **Defendants.** | : | |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE**
**METHAMPHETAMINE, HEROIN AND CRACK COCAINE)**

From on or about March 1, 2018, and continuing to on or about January 15, 2020, in the

Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this

Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**JAQUAVIOUS T. TURNER, aka "TAKE ONE,"**
**JAMIAN HUFF, aka "DUNK,"**
**ANDREW BRAVO JIMENEZ, aka "DROOPY,"**
**MANUEL GONZALEZ ROMERO,**
**STEVEN RICOLE SCOTT, aka "BLACK," aka "UNC,"**
**ANTONIO M. MITCHELL, aka "TONIO,"**
**MARQUES WARD, aka "YG,"**
**TAJIA FORNEY,**
**CHRISTOPHER SANDERS, aka "CHRIS,"**
**BERNARD BARNETT, aka "NARD,"**
**MAQUILA JONES, aka "QUI,"**
**NICHOLAS JACKSON, aka "NICK BEAN,"**
**TERRELL BUSH, aka "T-ROCK,"**
**SHADDRICK COX, and**
**ROBERT BOLTON JR., aka "ROB,"**

defendants herein, knowingly and intentionally conspired with each other and with other persons,

known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to

distribute a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of

cocaine base, also known as crack cocaine, in an amount over two hundred and eighty (280) grams;

a Schedule I controlled substance, to-wit: heroin, in an amount over one hundred (100) grams; and

a Schedule II controlled substance, to-wit: methamphetamine, in an amount over fifty (50) grams;

all in violation of Title 21, United States Code, Section 846, in connection with Title 21, United

States Code, Sections 841(a)(1), (b)(1)(A)(iii),(b)(1)(B)(iii), and (b)(1)(B)(viii).

**COUNT TWO**
**(DISTRIBUTION OF COCAINE BASE)**

That on or about March 7, 2019, in the Athens Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury,

knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture

containing a detectable amount of cocaine base also known as crack cocaine, in violation of Title

2

21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT THREE
### (DISTRIBUTION OF COCAINE BASE)

That on or about March 14, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAMIAN HUFF, aka "DUNK,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

### COUNT FOUR
### (DISTRIBUTION OF COCAINE BASE)

That on or about March 29, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT FIVE
### (DISTRIBUTION OF COCAINE BASE)

That on or about April 11, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER, aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT SIX
### (DISTRIBUTION OF COCAINE BASE)

That on or about April 25, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER, aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (DISTRIBUTION OF COCAINE BASE)

That on or about May 9, 2019, in the Athens Division of the Middle District of Georgia,

4

and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER, aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the

Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a

mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of

twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about May 9, 2019, in the Athens Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the

Grand Jury, knowingly possessed a firearm, to-wit: one Smith & Wesson, model MP Shield,.9mm

caliber firearm, serial number HKN7294, in furtherance of a drug trafficking crime for which he

may be prosecuted in a court of the United States, that is Count One and Count Seven of the

Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT NINE
### (DISTRIBUTION OF COCAINE BASE)

That on or about May 23, 2019, in the Athens Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the

Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a

mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of

twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

<u>**COUNT TEN**</u>
**(POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING**
**CRIME)**

That on or about May 23, 2019, in the Athens Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by one another and others, both known and unknown to the

Grand Jury, knowingly possessed a firearm, to-wit: one Smith & Wesson, model M&P 15, .223

caliber rifle, with an obliterated serial number, in furtherance of a drug trafficking crime for which

he may be prosecuted in a court of the United States, that is Count One and Count Nine of the

Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

<u>**COUNT ELEVEN**</u>
**(DISTRIBUTION OF COCAINE BASE)**

That on or about June 7, 2019, in the Athens Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT TWELVE
## (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about June 7, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### RICKSHUN WILLIGHAM, aka "TEDDY,"
### AND
### JAQUAVIOUS T. TURNER aka "TAKE ONE,"

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Glock, model 21, .45 caliber firearm, serial number BARM898, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One and Count Eleven of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT THIRTEEN
## (DISTRIBUTION OF HEROIN)

That on or about June 11, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

### RICKSHUN WILLIGHAM, aka "TEDDY,"
### AND
### JAQUAVIOUS T. TURNER aka "TAKE ONE,"

defendants herein, aided and abetted by each other and by others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule I controlled substance, to-wit:

7

heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
### (DISTRIBUTION OF COCAINE BASE)

That on or about June 21, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT FIFTEEN
### (DISTRIBUTION OF COCAINE BASE)

That on or about July 3, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
## (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about July 3, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Taurus, 38 Special, .38 caliber firearm, serial number WA74465, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One and Count Fifteen of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT SEVENTEEN
## (DISTRIBUTION OF COCAINE BASE)

That on or about July 16, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**MAQUILA JONES, aka "QUI,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in excess of twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN
## (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about July 16, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Smith & Wesson, model M&P, .223 caliber rifle, serial number SZ40983, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One, Count Seventeen and Count Nineteen of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT NINETEEN
## (DISTRIBUTION OF HEROIN)

That on or about July 16, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule I controlled substance, to-wit: heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWENTY
## (DISTRIBUTION OF COCAINE BASE)

That on or about August 29, 2019, in the Athens Division of the Middle District of Georgia,

and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWENTY-ONE
## (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about August 29, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one American Tactical, model Omni Hybrid rifle, serial number NS177684, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One and Count Twenty of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT TWENTY-TWO
## (DISTRIBUTION OF HEROIN)

That on or about September 11, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**

**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly and intentionally distributed a Schedule I controlled substance, to-wit:

heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18,

United States Code, Section 2.

### COUNT TWENTY-THREE
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about September 11, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**JAQUAVIOUS T. TURNER aka "TAKE ONE,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly possessed a firearm, to-wit: one USFA Zip Gun .22 LR firearm, serial

number AAH154, in furtherance of a drug trafficking crime for which he may be prosecuted in a

court of the United States, that is Count One and Count Twenty-Two of the Indictment, all in

violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

### COUNT TWENTY-FOUR
### (DISTRIBUTION OF COCAINE BASE)

That on or about September 20, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury,

knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture

containing a detectable amount of cocaine base also known as crack cocaine, in violation of Title

21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWENTY-FIVE
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about September 20, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Smith &Wesson, .38 caliber, model SPL+P revolver, serial number CVU0416, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One and Count Twenty-Four of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT TWENTY-SIX
### (DISTRIBUTION OF HEROIN)

That on or about October 9, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**BERNARD BARNETT, aka "NARD,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule I controlled substance, to-wit: heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWENTY-SEVEN
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about October 9, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**AND**
**BERNARD BARNETT, aka "NARD,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Jimenez Arms, model JA380 firearm, serial number 182880, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One and Count Twenty-Six of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT TWENTY-EIGHT
### (DISTRIBUTION OF CRACK COCAINE)

That on or about November 8, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**STEVEN RICOLE SCOTT, aka "BLACK," aka "UNC,"**
**AND**
**BERNARD BARNETT, aka "NARD,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine bas also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWENTY-NINE
### (DISTRIBUTION OF HEROIN)

That on or about November 8, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of the Court,

### RICKSHUN WILLIGHAM, aka "TEDDY,"
### AND
### BERNARD BARNETT, aka "NARD,"

defendants herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly and intentionally distributed a Schedule I controlled substance, to-wit:

heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18,

United States Code, Section 2.

## COUNT THIRTY
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about November 8, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of the Court,

### RICKSHUN WILLIGHAM, aka "TEDDY,"
### AND
### BERNARD BARNETT, aka "NARD,"

defendants herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a

mixture containing a detectable amount of methamphetamine, in, in violation of Title 21, United

States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING
### CRIME)

That on or about November 8, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

### RICKSHUN WILLIGHAM, aka "TEDDY,"

**AND**
**BERNARD BARNETT, aka "NARD,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly possessed a firearm, to-wit: one Country Boy Sport, model CB-15,

.223/556 rifle, serial # A000320, in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is Count One and Counts Twenty-Eight, Twenty-

Nine, and Thirty of the Indictment, all in violation of Title 18, United States Code, Section

924(c)(1)(A) and Section 2.

## COUNT THIRTY-TWO
## (DISTRIBUTION OF CRACK COCAINE)

That on or about November 21, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of the Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**STEVEN RICOLE SCOTT, aka "BLACK," aka "UNC",**
**CHRISTOPHER SANDERS,**
**ROBERT BOLTON, JR.**
**AND**
**ANTONIO MITCHELL, aka "TONIO,"**

defendant herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a

mixture containing a detectable amount of cocaine base also known as crack cocaine in excess of

twenty-eight (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE
## (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about November 21, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**CHRISTOPHER SANDERS,**
**AND**
**ANTONIO M. MITCHELL, aka "TONIO,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly possessed a firearm, to-wit: one Palmetto State Armor, model PA-15,

.223/556 cal. Rifle, serial # HPO19646; one Taurus, model Ultralite, revolver, serial # ET10587;

and one Interarms, model Firestar, 9mm firearm, serial # 2119960, in furtherance of a drug

trafficking crime for which he may be prosecuted in a court of the United States, that is Count One

and Count Thirty-Two of the Indictment, all in violation of Title 18, United States Code, Section

924(c)(1)(A) and Section 2.

## COUNT THIRTY-FOUR
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about December 5, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**MARQUES WARD, aka "YG,"**
**AND**
**TAJIA R. FORNEY,**

defendants herein, aided and abetted by each other and others, both known and unknown to the

Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule II

controlled substance, to-wit: a mixture containing a detectable amount of methamphetamine, in

violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United

States Code, Section 2.

## COUNT THIRTY-FIVE
### (POSSESSION WITH INTENT TO DISTRIBUTE HEROIN)

That on or about December 5, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**MARQUES WARD, aka "YG,"**
**AND**
**TAJIA R. FORNEY,**

defendants herein, aided and abetted by each other and others, both known and unknown to the

Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule I

controlled substance, to-wit: heroin, in violation of Title 21, United States Code, Sections

841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THIRTY-SIX
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about December 5, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**MARQUES WARD, aka "YG,"**
**AND**
**TAJIA R. FORNEY,**

defendants herein, aided and abetted by each other and by others, both known and unknown to the

Grand Jury, knowingly possessed a firearm, to-wit: one Glock, model 23 firearm, serial number

· BBX897US, in furtherance of a drug trafficking crime for which he may be prosecuted in a court

of the United States, that is Count One and Counts Thirty-Four and Thirty-Five of the Indictment,

all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT THIRTY-SEVEN
### (DISTRIBUTION OF COCAINE BASE)

That on or about December 6, 2019, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSUN WILLIGHAM, aka "TEDDY,"**
**BERNARD BARNETT, aka "NARD,"**
**SHADDRICK COX, aka "SHAD,"**
**AND**
**STEVEN RICOLE SCOTT, aka "BLACK," aka "UNC,"**

defendants herein, aided and abetted by others, both known and unknown to the Grand Jury, knowingly and intentionally distributed a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine base also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT THIRTY-EIGHT
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

That on or about December 6, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RICKSUN WILLIGHAM, aka "TEDDY,"**
**BERNARD BARNETT, aka "NARD,"**
**AND**
**SHADDRICK COX, aka "SHAD,"**

defendants herein, aided and abetted by each other and by others, both known and unknown to the Grand Jury, knowingly possessed a firearm, to-wit: one Glock, model 42 firearm, serial number ACND658, and one Sig Sauer, model P230L firearm, serial number S060673, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Count One and Count Thirty-Seven of the Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

### COUNT THIRTY-NINE
### (POSSESSION WITH INTENT TO DISTRIBUTE HEROIN)

That on or about December 18, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**TERRELL BUSH, aka "T-ROCK,"**
**NICHOLAS JACKSON, aka "NICK BEAN,"**
**MANUEL GOZALEZ ROMERO,**
**AND**

**ANDREW BRAVO JIMENEZ,**

defendants herein, aided and abetted by each other and others, both known and unknown to the

Grand Jury, knowingly and intentionally possessed with the intent to distribute a Schedule I

controlled substance, to-wit: heroin in excess of one hundred (100) grams, in violation of Title 21,

United States Code, Sections 841(a)(1), 841(b)(1)(B)(i), and Title 18, United States Code, Section

2.

**FORFEITURE NOTICE**
**(21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and**
**28 U.S.C. § 2461(c) - Criminal Forfeiture)**

1.      The allegations contained in Counts One through Thirty Nine of this Indictment are

hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging

forfeitures to the United States of America, pursuant to the provisions of Title 18, United States

Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), and/or

Title 21, United States Code, Section 853.

2.      Upon conviction of the offense(s) in violation of Title 21, United States Code,

Section 846, in connection with Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii),

(b)(1)(B)(i) and (b)(1)(B)(viii); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(IV)(iii); Title 18, United States

Code, Section 924(c)(1)(A); Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(iii); and/or Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i) set forth

in Counts One through Thirty-Nine of this Indictment, the defendant(s),

**RICKSHUN WILLIGHAM, aka "TEDDY,"**
**JAQUAVIOUS T. TURNER, aka "TAKE ONE,"**
**JAMIAN HUFF, aka "DUNK,"**
**ANDREW BRAVO JIMENEZ, aka "DROOPY,"**
**MANUEL GONZALEZ ROMERO,**
**STEVEN RICOLE SCOTT, aka "BLACK," aka "UNC,"**
**ANTONIO M. MITCHELL, aka "TONIO,"**

**MARQUES WARD, aka "YG,"**
**TAJIA FORNEY,**
**CHRISTOPHER SANDERS, aka "CHRIS,"**
**BERNARD BARNETT, aka "NARD,"**
**MAQUILA JONES, aka "QUI,"**
**NICHOLAS JACKSON, aka "NICK BEAN,"**
**TERRELL BUSH, aka "T-ROCK,"**
**SHADDRICK COX, and**
**ROBERT BOLTON JR., aka "ROB,"**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section

924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in the commission of the offense(s); and/or any property constituting, or

derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any

property, real or personal, used, or intended to be used in any manner or part to commit, or to

facilitate the commission of, the offense(s), pursuant to Title 21, United States Code, Section 853.

3.     If any of the property subject to forfeiture, as a result of any act or omission of the

defendant:

(a)     cannot be located upon exercise of due diligence;

(b)     has been transferred, sold to or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided
        without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

924(d)(1), through Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

21

A TRUE BILL.


*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
CHARLES E. PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __15__ day of January AD 2020.

Deputy Clerk

22